**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SANDRA LANDWEHR, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>  *v*.<br><br>AOL INC.<br><br>    *Defendant*. | Case No. 1:11-cv-01014-CMH-TRJ |

**AOL INC.'S MOTION TO DISMISS**

Defendant AOL Inc., by counsel, hereby submits this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice.

Dated: December 19, 2011      Respectfully submitted,

                  **AOL Inc.**

                  *By Counsel*

                     /s/
                  John D. Wilburn (VSB No. 41141)
                  Amy Miller (VSB No. 70698)
                  McGuireWoods LLP
                  1750 Tysons Boulevard, Suite 1800
                  Tysons Corner, Virginia 22102
                  Telephone: (703) 712-5481
                  Facsimile: (703) 712-5287
                  jwilburn@mcguirewoods.com
                  amiller@mcguirewoods.com

Phillip C. Chang (VSB No. 75741)
MCGUIREWOODS LLP
2001 K Street, NW, Suite 400
Washington, DC 20006
Telephone:   (202) 857-1747
Facsimile:    (202) 828-3310
pchang@mcguirewoods.com

Joseph Serino, Jr.
Andrew G. Horne
David S. Flugman
  *All admitted pro hac vice*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
joseph.serino@kirkland.com
andrew.horne@kirkland.com
david.flugman@kirkland.com

*Attorneys for AOL Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Steven J. Toll (VSB No. 15300) | Daniel E. Gustafson |
| Daniel A. Small | Daniel C. Hedlund |
| Benjamin D. Brown | Michelle J. Looby |
| Emmy L. Levens | Joseph C. Bourne |
| COHEN MILSTEIN SELLERS | GUSTAFSON GLUEK PLLC |
| & TOLL PLLC | 650 Northstar East |
| 1100 New York Avenue NW, Suite 500 West | 608 Second Avenue South |
| Washington, DC 20005 | Minneapolis, Minnesota 55402 |
| Telephone:   (202) 408-4600 | Tel:   (612) 333-8844 |
| Facsimile:   (202) 408-4699 | Fax:   (612) 339-6622 |
| stoll@cohenmilstein.com | dgustafson@gustafsongluek.com |
| dsmall@cohenmilstein.com | dhedlund@gustafsongluek.com |
| bbrown@cohenmilstein.com | mlooby@gustafsongluek.com |
| elevens@cohenmilstein.com | jbourne@gustafsongluek.com |

                /s/
              Amy Miller (VSB No. 70698)
              M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
              1750 Tysons Boulevard
              Suite 1800
              Tysons Corner, Virginia  22102
              Telephone:    (703) 712-5079
              Facsimile:    (703) 712-5193
              amiller@mcguirewoods.com

              *Attorney for AOL Inc.*