

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SANDRA LEDWEHR, on behalf of )
herself and all others )
similarly situated, )
                                     )
        Plaintiff, )
                                     )
v. ) Civil Action No. 1:11-cv-1014
                                     )
AOL, INC. )
                                     )
        Defendant. )

**ORDER**

This matter comes before the Court on Defendant AOL, Inc.'s Motion to Dismiss Plaintiff's Complaint. Defendant argues that Plaintiff's claims must be dismissed under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's claims are time-barred by the applicable statutes of limitation. Defendant further argues that certain of Plaintiff's claims must be dismissed under Rule 12(b)(1) because Plaintiff lacks standing to seek such relief on the basis of those claims.

It appearing to the Court that the applicable statutes of limitation did not resume running until February 2, 2010, Plaintiff's Complaint was timely filed. See American Pipe & Construction Co. v. Utah, 414 U.S. 538 (1974); see also Bridges v. Dep't of Md. State Police, 441 F.3d 197 (4th Cir. 2006). It

further appearing to the Court that Plaintiff has stated a claim upon which relief can be had, it is hereby

ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
February 24, 2012