**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Sandra Landwehr, on behalf of herself and all
others similarly situated,

                           Plaintiff,

     v.

AOL Inc.,

                         Defendant.

Case No: 1:11-cv-01014 (CMH/TRJ)

**PLAINTIFF'S MOTION FOR**
**PRELIMINARY APPROVAL OF**
**PROPOSED SETTLEMENT**

Plaintiff Sandra Landwehr, by her undersigned counsel, hereby moves the Court for

preliminary approval of the proposed settlement with Defendant AOL, Inc. This motion is based

on the supporting declarations and memorandum of law, the record in this litigation, and such

other written or oral argument as the Court permits.

Wherefore, Plaintiff respectfully requests that the Court enter an Order granting

preliminary approval of the proposed settlement, certifying the Settlement Class, appointing

Plaintiff as representative of the Settlement Class, appointing Cohen Milstein Sellers & Toll

PLLC and Gustafson Gluek PLLC as Settlement Class Counsel, and approving the proposed

notice plan.

Dated: December 17, 2012

/s/ Steven J. Toll
Steven J. Toll (Virginia Bar No. 15300)
Benjamin D. Brown
Emmy L. Levens
Jeffrey B. Dubner
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave NW
Suite 500 West
Washington, DC 20005

- 2 -

Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
bbrown@cohenmilstein.com
elevens@cohenmilstein.com
jdubner@cohenmilstein.com

Manuel J. Dominguez
**Cohen Milstein Sellers & Toll PLLC**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel: (561) 833-6575
jdominguez@cohenmilstein.com

Daniel E. Gustafson
Daniel C. Hedlund
Joseph C. Bourne
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jbourne@gustafsongluek.com

*Attorneys for Plaintiff and the Proposed Class*