UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Sandra Landwehr, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No: 1:11-cv-01014 (CMH/TRJ) |
| v. | |
| AOL Inc., | |
| Defendant. | |

ORDER GRANTING MOTION TO CORRECT THE PRELIMINARY APPROVAL ORDER

The Court hereby grants Plaintiff's motion to correct the Preliminary Approval Order entered on December 21, 2012.

Paragraph 6 is hereby amended to read:

The Court approves the form of Published Notice without material alteration from the form of Exhibit A to the Agreement. The Court further directs that the Published Notice shall be published within ninety (90) days after the date of this Order, unless extended by Order of this Court, in the following publications: Better Homes & Gardens, Jet, National Geographic, People, Reader's Digest, Sports Illustrated, Time, TV Guide, American Profile, Parade, and USA Weekend.

Paragraph 11 is hereby amended to read:

Any Settlement Class member of the Settlement Class who wishes to be excluded from the Settlement Class must comply with the terms set forth in Paragraph 10 of the Official Notice and submit an appropriate and timely request for exclusion postmarked no later than May 3, 2013 to the Claims Administrator at the address provided in the Official Notice.

**SO ORDERED**

Dated: Jan 9, 2013

/s/
Claude M. Hilton
United States District Judge

1