## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| Sandra Landwehr, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No: 1:11-cv-01014 (CMH/TRJ) |
| v. | |
| AOL Inc., | |
| Defendant. | |

### PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff hereby moves the Court for a preliminary determination that Settlement Class Counsel should be awarded attorneys' fees of $1,301,184.25 and expenses of $137,708.08. Respectfully, Plaintiff requests that the Court determine this amount at as early a date as possible, so that Settlement Class members can be notified of, and have the opportunity to object to, the amount the Court intends to award in the notice of settlement.  This motion is based on the supporting memorandum of law, the declarations of Philip J. Harvey, Benjamin D. Brown, Daniel C. Hedlund, and Jeffrey B. Dubner, the record in this litigation, and such other written or oral argument as the Court permits.

Dated: January 11, 2013

/s/ Steven J. Toll
Steven J. Toll (Virginia Bar No. 15300)
Benjamin D. Brown
Emmy L. Levens
Jeffrey B. Dubner
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

1

bbrown@cohenmilstein.com
elevens@cohenmilstein.com
jdubner@cohenmilstein.com

Manuel J. Dominguez
**Cohen Milstein Sellers & Toll PLLC**
2925 PGA Blvd
Suite 204
Palm Beach Gardens, FL 33410
Tel: (561) 833-6575
jdominguez@cohenmilstein.com

Daniel E. Gustafson
Daniel C. Hedlund
Joseph C. Bourne
**Gustafson GluekPLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jbourne@gustafsongluek.com

*Attorneys for Plaintiff and the Proposed
Class*