IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SANDRA LANDWEHR, on behalf of herself
and all others similarly situated,

         *Plaintiff*,

         *v.*

AOL INC.

         *Defendant*.

Case No. 1:11-cv-01014-CMH-TRJ

**AOL INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL
CERTAIN MATERIALS RELATED TO ITS MEMORANDUM OF LAW IN
OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Defendant AOL Inc. ("AOL"), by counsel, hereby submits this Motion to File Under Seal Certain Materials Related to Its Memorandum of Law in Opposition to Plaintiff's Motion for Attorneys' Fees and Expenses (Dkt. # 107) dated January 11, 2013 (the "Motion to Seal"), pursuant to Local Civil Rule 5 and Paragraph 10 of the Agreed Protective Order Without Prospective Sealing Provision entered by the Court on December 29, 2011. Specifically, for the reasons set forth in the accompanying Memorandum of Law in support of its Motion to Seal, AOL respectfully requests that it be permitted to file portions of Exhibits 3, 8, and 10 to AOL's Memorandum of Law in Opposition to Plaintiff's Motion for Attorneys' Fees and Expenses under seal. AOL has conferred with Plaintiff regarding the requested relief and Plaintiff does not oppose AOL's request.

WHEREFORE, Defendant AOL Inc. respectfully requests that the Court grant its Motion to Seal and enter the attached order sealing portions of Exhibits 3, 8, and 10 from public disclosure.

Dated: January 25, 2013               Respectfully submitted,

                                      AOL Inc.

                                      *By Counsel*

                                      _____/s/_____
                                      John D. Wilburn (Virginia Bar No. 41141)
                                      Amy Miller (Virginia Bar No. 70698)
                                      MCGUIREWOODS LLP
                                      1750 Tysons Boulevard, Suite 1800
                                      McLean, Virginia 22102
                                      Telephone:   (703) 712-5481
                                      Facsimile:    (703) 712-5287
                                      jwilburn@mcguirewoods.com
                                      amiller@mcguirewoods.com

                                      Phillip C. Chang (Virginia Bar No. 75741)
                                      MCGUIREWOODS LLP
                                      2001 K Street, NW, Suite 400
                                      Washington, DC 20006
                                      Telephone:   (202) 857-1747
                                      Facsimile:    (202) 828-3310
                                      pchang@mcguirewoods.com

                                      Joseph Serino, Jr.
                                      Andrew G. Horne
                                      David S. Flugman
                                          *All admitted pro hac vice*
                                      KIRKLAND & ELLIS LLP
                                      601 Lexington Avenue
                                      New York, New York 10022
                                      Telephone:   (212) 446-4800
                                      Facsimile:    (212) 446-4900
                                      joseph.serino@kirkland.com
                                      andrew.horne@kirkland.com
                                      david.flugman@kirkland.com

                                      *Attorneys for AOL Inc*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

| | |
|---|---|
| Steven J. Toll (Virginia Bar No. 15300)<br>Daniel A. Small<br>Benjamin D. Brown<br>Emmy L. Levens<br>COHEN MILSTEIN SELLERS<br>& TOLL PLLC<br>1100 New York Avenue NW, Suite 500 West<br>Washington, DC 20005<br>Telephone:  (202) 408-4600<br>Facsimile:  (202) 408-4699<br>stoll@cohenmilstein.com<br>dsmall@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>elevens@cohenmilstein.com<br><br>Manuel J. Dominguez<br>COHEN MILSTEIN SELLERS<br>& TOLL PLLC<br>2925 PGA Boulevard, Suite 204<br>Palm Beach Gardens, FL 33410<br>Telephone:  (561) 833-6575<br>jdominguez@cohenmilstein.com | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Joseph C. Bourne<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 333-8844<br>Facsimile:  (612) 339-6622<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>jbourne@gustafsongluek.com |

 

            /s/
Amy Miller (VSB No. 70698)
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, Virginia  22102
Telephone:  (703) 712-5079
Facsimile:  (703) 712-5193
amiller@mcguirewoods.com

*Attorney for AOL Inc.*