

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SANDRA LANDWEHR, on behalf of  )
herself and all others         )
similarly situated,            )
                               )
        Plaintiff,             )
                               )
v.                             )   Civil Action No. 1:11-cv-1014
                               )
AOL INC.,                      )
                               )
        Defendant.             )

### ORDER

This matter comes before the Court on Plaintiff Sandra Landwehr's Motion for Attorneys' Fees and Expenses on behalf of herself and all others similarly situated. According to the accompanying Memorandum Opinion, it is hereby

ORDERED that judgment is entered in favor of Plaintiff and against Defendant in the amount of $820,684.78 representing attorneys' fees and in the amount of $110,557.74 for costs.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
~~April~~ May 1, 2013