## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2013, a true and correct copy of the foregoing Plaintiff Sandra Landwehr's Motion for Leave to File a Supplemental Memorandum in Support of Her Motion for Attorneys' Fees and Expenses was served on all parties via the CM/ECF System.

| | |
|---|---|
| Joseph Serino, Jr.<br>Andrew G. Horne<br>David S. Flugman<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>joseph.serino@kirkland.com<br>andrew.horne@kirkland.com<br>david.flugman@kirkland.com | John D. Wilburn<br>Amy Miller<br>MCGUIREWOODS LLP<br>1750 Tysons Boulevard, Suite 1800<br>Tysons Corner, Virginia 22102<br>Telephone: (703) 712-5481<br>Facsimile: (703) 712-5287<br>jwilburn@mcguirewoods.com<br>amiller@mcguirewoods.com<br><br>Phillip C. Chang<br>MCGUIREWOODS LLP<br>2001 K Street, NW, Suite 400<br>Washington, DC 20006<br>Telephone: (202) 857-1747<br>Facsimile: (202) 828-3310<br>pchang@mcguirewoods.com |
| Dated: May 9, 2013 | /s/ Steven J. Toll<br>Steven J. Toll (Virginia Bar No. 15300)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave NW<br>Suite 500 West<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>stoll@cohenmilstein.com |