IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SANDRA LANDWEHR, on behalf of  )
herself and all others         )
similarly situated,            )
                               )
          Plaintiff,           )
                               )
v.                             )    Civil Action No. 1:11-cv-1014
                               )
AOL INC.,                      )
                               )
          Defendant.           )

### ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File a Supplemental Memorandum in Support of Plaintiff's Motion for Attorney's Fees and Costs. For the reasons stated from the bench, it is hereby

ORDERED that Plaintiff's Motion is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
May 17, 2013